United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTTY MAHLUM, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ADOBE SYSTEMS INCORPORATED, ) ) Defendant. ) ) | Case No.: 14-CV-02988-LHK<br><br>ORDER VACATING HEARING |

Before the Court is Defendant Adobe Systems, Inc.'s ("Defendant") motion to dismiss. ECF No. 13. The Court finds Defendant's motion suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b) and hereby VACATES the motion hearing set for January 8, 2015, at 1:30 p.m. The case management conference currently scheduled for January 8, 2015 at 1:30 p.m. remains as set.

**IT IS SO ORDERED.**

Dated: January 7, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02988-LHK
ORDER VACATING HEARING