UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTTY MAHLUM, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>      Defendant. | Case No.: 14-CV-02988-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney: Lawrence Fisher; Annick Persinger
Defendant's Attorney: Trenton Norris

  A case management conference was held on January 8, 2015. A further case management conference is scheduled for April 1, 2015 at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by March 25, 2015.

  The Court stated that it would grant Defendant's motion to dismiss with leave to amend. Plaintiff stated that he preferred to appeal the order rather than amend the complaint. The Court nonetheless stated that it would grant Plaintiff 14 days to amend the complaint. Plaintiff stated that he would give the Court notice as soon as possible regarding whether he intended to appeal and would not necessarily wait until the 14 days had expired.

  Pursuant to the parties' stipulation, all discovery is stayed until ordered otherwise.

**IT IS SO ORDERED.**

Dated: January 8, 2015

                _____
                LUCY H. KOH
                United States District Judge

1

Case No.: 14-CV-02988-LHK
CASE MANAGEMENT ORDER