UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTTY MAHLUM,<br><br>          Plaintiff,<br><br>     v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>          Defendant. | Case No.:14-CV-02988-LHK<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE, AND DIRECTING CLERK TO ENTER JUDGMENT**<br><br>Re: Dkt. No. 27 |

On January 15, 2015, Plaintiff Scotty Mahlum ("Plaintiff") informed the Court that he does not intend to file an amended complaint in response to the Court's Order Granting Motion to Dismiss, ECF No. 24. ECF No. 27. Plaintiff requested that the Court enter judgment. *Id*. at 1.

Plaintiff's complaint is hereby DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendant Adobe Systems Inc., and close the file.

**IT IS SO ORDERED.**

Dated: January 20, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02988-LHK
ORDER DISMISSING COMPLAINT WITH PREJUDICE, AND DIRECTING CLERK TO ENTER JUDGMENT